UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW IZEH, <br><br> Plaintiff, <br><br> -against- <br><br> OFFICER BOY'LS, NEW ROCHELLE POLICE, et al., <br><br> Defendants. | 22-CV-9299 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the May 31, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 31, 2023
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge